156 A.3d 1061

IN THE MATTER OF VICTOR G. SISON, AN ATTORNEY
AT LAW (ATTORNEY NO. 019931992)

March 30, 2017

## ORDER

This matter having been duly presented, it is ORDERED that
**VICTOR G. SISON,** formerly of **JERSEY CITY,** who was admitted to the bar of this State in 1992, and who was suspended from
the practice of law for a period of three months, effective December 16, 2016, by Order of this Court filed November 17, 2016, be
restored to the practice of law, effective immediately.